United States Bankruptcy Court

**FILED**
DEC 15 2009
Clerk, U.S. District and Bankruptcy Courts

In re: Anna Maria Allen
Debtor

Case No. 09-1114

Chapter 11

### DECLARATION AND SIGNATURE OF NO ATTORNEY

I declare under penalty of perjury that I am filing bankruptcy pro-se.

X _____ Debtor

Date 12/06/2009