Official Form 16B
12/94

**FILED**
**DEC 15 2009**
Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In Re: <u>Anna Maria Allen</u>
              Debtor

Case No. 09-1114

Chapter 11

## DEBTOR'S RECORDS OF INTERESTS IN AN ACCOUNT PROGRAM

Pursuant 11 U.S.C. § 521 (c), enclosed are records confirming the Debtor's, Anna Allen, interests in an account social security program. The record submitted is an statement detailing the amount

12-5-09
Date

_(signature)_
Debtor's Signature

ANNA M. ALLEN
(Typed Name)

3102 18th N.W. Washington, D.C. 20010
(Address)

202-510-1840
(Phone Number)