Official Form 4 (12/07)                    UNITED STATES BANKRUPTCY COURT — DISTRICT OF COLUMBIA

Debtor: Anna Maria Allen                                Case No. 09-1114

                                                        ___Chapter 11

## LIST OF CREDITORS HOLDING EQUITY SECURED CLAIMS

     Following is the list of the debtor's creditors holding equity secured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the secured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Citi Mortgage PO Box 9438 Dept 25 Gaithersburg MD 20898 | 1-800-667-8424 | Mortgage | | 500000 |
| Suntrust 1001 Semmes Avenue Richmond Va 23224 | 1-800-227-3782 | Mortgage | | 800000 |
| | **FILED** DEC 1 5 2009 Clerk, U.S. District and Bankruptcy Courts | | | |
| | | | | |
| | | | | |
| | | | | |

Official Form 4 (12107)                    UNITED STATES BANKRUPTCY COURT — DISTRICT OF COLUMBIA

| Debtor: | | | Case No. (if known):  Chapter 11 | | |
|---|---|---|---|---|---|

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc ) | (4)  Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)  Amount of claim [if secured also state value of security] | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 0 | | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12-06-2009

Signature