Official Form 4 (12/07)

UNITED STATES BANKRUPTCY COURT — DISTRICT OF COLUMBIA

Debtor: Anna Maria Allen

Case No. 09-1114

___Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank Of America 4060 Ogletown Stanto Newark DE 19713 | 1-800-732-9194 | Credit Card | | 28000 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | 1-800-432-3117 | Credit Card | | 7000 |
| Capital One PO Box 85015 Richmond VA 23285 | 1-800-955-7070 | Credit Card | | 4000 |
| National City PO Box 500K A 16 Portage MI 49081 | | Credit Card | | 2524 |

**FILED**
**DEC 15 2009**
Clerk, U.S. District and Bankruptcy Courts

Official Form 4 (12107)        UNITED STATES BANKRUPTCY COURT — DISTRICT OF COLUMBIA

| Debtor: | | | Case No. (if known):<br>Chapter 11 | |
|---|---|---|---|---|
| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 0 | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12-06-2009

Signature *[signature]*