The order below is hereby signed.

Signed: April 08, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

ANNA MARIA ALLEN,

        Debtor.

Case No. 09-01114
Chapter 11

### CONSENT ORDER ON UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS

This matter came before the court on April 7, 2010, on the United States Trustee's motion to convert or dismiss the chapter 11 case. The debtor appeared, in person, along with counsel for the United States Trustee. The parties have reached an agreement regarding the United States Trustee's motion, the terms of which were recited on the record of the hearing and are embodied in this order. As set forth herein, the debtor will be allowed an opportunity to sell 3102 18th Street, N.W., Washington, DC, and if she cannot do so within the agreed time, debtor consents to the conversion of this case to chapter 7. Accordingly, it is hereby

**ORDERED** that debtor shall have until **Monday, May 10, 2010**, to obtain a contract to sell 3102 18th Street, N.W., Washington, DC, and to file with the court a motion to approve said

contract of sale, and it is further

**ORDERED** that if the debtor fails to file a motion to approve a sales contract for 3102 18th Street by May 10, 2010, counsel for the United States Trustee may file a written certification of noncompliance with the court, whereupon this case shall be converted to a case under chapter 7, and it is further

**ORDERED** that in the event the United States Trustee does not file a certification of noncompliance, the hearing on the United States Trustee's motion to convert or dismiss is continued to May 19, 2010, at 9:30 a.m.

[Signed and dated above.]


Copies to: Debtor, Office of the United States Trustee