United States Bankruptcy Court
District of Columbia

In re:

Anna Maria Allen                                    Case No. 09-01114
                                                    Chapter 11
Debtor

## PERMISSION FROM THE COURTS AND US TRUSTEE FOR MORE TIME TO GET CONTRACT ON HOME

I'm asking the Courts and the US Trustee for more time to get a contract on home at 3102 18th St NW DC Washington DC. In the last Week we've had 4 people come see the property on Tuesday and 1 person asked for an inspection of the property before purchase. Saturday and Sunday we had 7 people stop by and one is interested in placing a contract as of today May 10, 2010. We have not received the contract as of 8:48pm today but we are hoping that it will come through. The property is on the market for $879,000 with real estate agent David James. The property is below market and we should be getting a buyer at that price and that's the reason for so much traffic to the home.

Thank you
Anna Allen

**FILED**

MAY 1 0 2010

Clerk, U.S. District and
Bankruptcy Court