The order below is hereby signed.

Signed: May 19, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

ANNA MARIA ALLEN,

           Debtor.

Case No. 09-01114
Chapter 11

ORDER CONVERTING CASE TO CHAPTER 7

    Upon the motion to convert to chapter 7 filed by the United States Trustee, and good cause having been shown, it is hereby

    ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code.  It is further

    ORDERED pursuant to Fed. R. Bankr. P. 1019 and 11 U.S.C. § 521(a)(4) that after qualification of, or assumption of duties by the chapter 7 trustee, whichever occurs earlier, the debtor shall, forthwith, turn over to the chapter 7 trustee, all records and property of the estate in the debtor's possession or control.  It is further

    ORDERED that within 14 days of the entry of this order

    (1) the debtor shall, in conformance with F.R. Bankr. P. 1019(5)(A) and Local Bankruptcy Rule (LBR) 1009-1:

        (a) file a schedule of unpaid debts incurred after the filing of the original petition

to the date of conversion (or a statement that no such debts were incurred or that they are reflected on original schedules filed after the conversion of the case):

(b) file with the schedule a dated supplemental mailing matrix, as required by LBR 1007-2(e), clearly titled as such, which includes the names and correct mailing addresses of all newly scheduled creditors;

(c) serve the schedule (or the statement that there are no additional creditors not already scheduled) on the chapter 7 trustee and the United States Trustee;

(d) serve on each creditor added by the schedule a copy of any Notice of Commencement of Case issued in the Chapter 7 case, or, if the Notice has not yet been issued, a copy of the schedule; and

(e) file a certificate of service complying with LBR 5005-1(h)(3) reflecting service of the paper(s) required to be served

(2) the debtor shall file, if not previously filed, the schedules and the statement of financial affairs required by Fed. R. Bankr. P. 1007, and the copies and supplemental mailing matrix required by LBR 1007-1(a)

All schedules, lists (including any mailing matrix serving additionally as a substitute for a list as authorized by LBR 1009-1(c)) and statements filed must be verified or include an unsworn declaration under 28 U.S.C. § 1746 (the declaration at the end of Official Form No. 6 being an example). Fed. R. Bankr. P. 1008. LBR 1007-1(a) requires 3 copies plus the original to be submitted of each list, schedule, or statement. It is further

ORDERED that within 30 days of the date of conversion or before the first date set for the meeting of creditors, whichever is earlier, the debtor shall file any statement of intention required by Fed. R. Bank. P. 1007(b)(2) and 11 U.S.C. § 521(a)(2)(A). It is further

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account. It is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and shall give all creditors notice that this case has been converted to chapter 7.

Copies to:

U. S. Trustee
115 S. Union St.
Suite 210
Alexandria, VA 22314

Anna Maria Allen
3102 18th Street, NW
Washington, DC 20010

# CERTIFICATE OF NOTICE

```
District/off: 0090-1           User: myers                 Page 1 of 1                  Date Rcvd: May 20, 2010
Case: 09-01114                 Form ID: pdf001             Total Noticed: 21


The following entities were noticed by first class mail on May 22, 2010.
dbpos        +Anna Maria Allen,    3102 18th St NW,    Washington, DC 20010-2608
smg           Child Support Services Division,    Office of the Attorney General,
               Judiciary Square 441 4th Street, NW,    5th Floor,   Washington, DC  20001
smg           D.C. Office of Tax and Revenue,    Bankruptcy Division,   941 N. Capitol Street, NW,
               Washington, DC  20002-4259
smg           District Unemployment Compensation Board,    609 H St., NE,   Room 353-367,
               Washington, DC  20002-4347
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    P.O. Box  21126,
               Philadelphia, PA  19114)
smg          +Office of Attorney General,    Tax, Bankruptcy, and Finance,   One Judiciary Square,
               441 4th Street, NW,   6th Floor,    Washington, DC 20001-2714
smg           Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC  20220-0001
smg           Securities and Exchange Commission,    Branch of Reorganization,    3475 Lenox Road, NW; #1000,
               Atlanta, GA  30326-1232
smg           U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
               4th Floor,   Washington, DC  20001-2733
cr           +CitiMortgage, Inc,    1000 Technology Drive,    O'Fallon, MO 63368-2240
cr           +SUNTRUST BANK c/o SUNTRUST MORTGAGE, INC.,    c/o Bierman, Geesing Ward & Wood, LLC,
               4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
519775        BANK OF AMERICA,    4060 OGLETOWN STANTO,    NEWARK DE 19713
519776       +CAPITOL ONE,    PO BOX 85015,    RICHMOND VA 23285-5015
519774       +CITIMORTGAGE,    PO BOX 9438 Dept 25,    GAITHERSBURG MD 20898-9438
528817        CitiMortgage, Inc,    1000 Technology Drive,    O Fallon, Missouri 63368-2240
531617       +CitiMortgage, Inc.,    PO Box 140609,    Irving, TX 75014-0609
523907        CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
519777       +NATIONAL CITY,    PO BOX 500 K A 16,    PORTAGE MI 49081-0500
519778       +SUNTRUST,    1001 SEMMES AVENUE,    RICHMOND VA 23224-2245
529446       +SunTrust Bank,    c/o SunTrust Mortgage, Inc.,    1001 Semmes Avenue,    RVW-3034,
               Richmond, VA 23224-2245
521048        eCAST Settlement Corporation assignee of Capital,    One Bank,   POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114)
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2010**                     **Signature:**    _Joseph Speetjens_