FILED
JUL 21 2010
Clerk, U.S. District and Bankruptcy Courts

Official Form 16B
12/94

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

**In Re:** <u>Anna Maria Allen</u>
             Debtor

Case No. 09-01114

Chapter 7

## DEBTOR'S MOTION TO DISMISS

The Debtor, Anna M. Allen hereby files this Motion to Dismiss Chapter 7 Bankruptcy Case Number 09-01114, with the United States Bankruptcy Court for the District of Columbia.

### 1. Cause For Dismissal

This case commenced as a voluntary Chapter 13 bankruptcy case with the basis being the increased mortgage debt burden for the residential real property located at 3102 18th St., NW, Washington, DC, 20010. The mortgage payments were severely increased from $3,000.00 monthly to $3,800.00 monthly thereby placing an enormous hardship on the Debtor. In an attempt to gain some means of debt collections relief, the Debtor voluntarily initiated and registered a Chapter 13 bankruptcy case that resulted in dismissal due to the Debtor's overall debts exceeding the Chapter 13 limitations. Shortly thereafter, the Debtor filed paperwork for a voluntary Chapter 11 bankruptcy case to obtain the Court's assistance with acquiring a mortgage loan modification that would facilitate managing the monthly

mortgage payments and arrears. The Debtor understands that debtors do not have the absolute right to dismiss bankruptcy cases pursuant to Section 1112 (a), 1112 (b) which provides that the court shall dismiss a case if the Movant establishes cause. A Motion under Section 1112 (b) states that on request of a party in interest or the United States trustee or bankruptcy administrator, and after notice and a hearing, the court may ......... dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause."

## 2. Background

Prior to the filing of any of the above referenced bankruptcy cases, the Debtor was unable to obtain a loan modification plan through and from the mortgage lender. However, since the execution of the bankruptcy filings, the lender has reduced the mortgage payment from $3,800.00 monthly to the current amount of $1,130.00 monthly. The Debtor has contacted all the other creditors and will undertake payment plans. More specifically, a relatively small debt amount will be placed in payment plans where those creditors will yield an achievable benefit. It is unlikely that the creditors and Debtor will receive any value from this bankruptcy case.

## 3. Conclusion

The Debtor is now capable of resolving the financial affairs with and among the creditors without the aid and proceedings under the United States Bankruptcy Code and the interests of both, the creditors and Debtor will be best served by dismissal of this case. For the foregoing reasons, the Debtor prays that this Motion To Dismiss [Docket # 09-01114] will be granted.

WHEREFORE, debtor prays to God for an order dismissing this case.

Anna M. Allen
Case No. 09-01114 / Chapter 7

Respectfully submitted

7/21/2010
_____
Date

_____
Debtor's Signature

Anna M. Allen
_____
(Typed Name)

3102 18th St NW. Wash DC.
_____  20010
(Address)

202-510-1840
_____
(Phone Number)

Anna M. Allen
Case No. 09-01114 / Chapter 7