UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re: )
)
)
ANNA MARIA ALLEN, )  Case No. 09-01114
)  Chapter 7
Debtor. )
)
)

### TRUSTEE'S OPPOSITION TO DEBTOR'S MOTION TO DISMISS

COMES NOW, Wendell W. Webster, Esq. ("Trustee"), the Chapter 7 Trustee in Bankruptcy for Anna Maria Allen ("Debtor"), by and through Counsel, Webster, Fredrickson, Correia & Puth, PLLC, and opposes Debtor's Motion to Dismiss. In the Motion, Debtor requests that the Court dismiss her Chapter 7 case due to the fact that she has obtained a loan modification which has reduced her monthly mortgage payment, and will undertake payment plans with her other creditors. The Trustee opposes the dismissal of Debtor's case on the grounds that Debtor has not specified how she will pay her debts outside of the bankruptcy and how the creditors will not be prejudiced by dismissal of the case. In addition, based on Debtor's schedules, Debtor owns certain real estate with sufficient equity to generate funds to protect the interest of creditors in the case.

In support of this opposition, the Trustee represents as follows:

1. On December 15, 2009, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case was converted to a Chapter 7 case on May 20, 2010, and Wendell W. Webster, Esq. was appointed to serve as the Chapter 7 Trustee. On July 21, 2010, Debtor filed a Motion to Dismiss Case.

2. On her Schedule F, Debtor lists approximately $41,524.00 of unsecured debt. Debtor

has indicated the she has contacted these creditors regarding the debt owed and will undertake payment plans with them. However, Debtor has failed to specify (1) how the debts will be paid; (2) if the creditors are amenable to such payment arrangements; and (3) how the creditors will not be prejudiced by the dismissal of the case.

3. Debtor is also the fee simple owner of certain real property located at 3102 18th Street, N.W., Washington, D.C. 20010 (the "Property"). On her Schedule A, Debtor states that the Property has a market value of One Million Dollars ($1,000,000.00), and is subject to a secured claim in the amount of $580,000.00. If, in fact, the Property is worth $1,000.000.00, there is at least $400,000.00 worth of equity in the Property. Debtor also has not exempted any of the equity in the Property.

4. The Trustee believes that the equity in the Property is sufficient to protect the interests of all creditors in the case. Accordingly, the Trustee believes that Debtor's motion to dismiss should be denied, absent further explanation as to the payment of her creditors.

5. The Trustee has issued an Asset Notice to all creditors in the case. If, in fact, the creditors are willing to work with Debtor outside the bankruptcy process, there may be no need to file proof of claims in the case. However, if the creditors believe that their best interests will be served more efficiently in the bankruptcy process, then the creditors may elect to file proof of claims, and the Trustee will proceed to administer the estate.

WHEREFORE, the Trustee requests that the Court deny Debtor's Motion to Dismiss without prejudice to the Debtor's right to renew the motion to dismiss after the proof of claim bar date, if no proof of claims are filed, and grant such other and further relief as is just and proper.

Respectfully submitted,

WEBSTER, FREDRICKSON, CORREIA & PUTH, PLLC

Date: <u>August 2, 2010</u>    <u>**/s/ *Natalie S. Walker*</u>**
Natalie S. Walker, Esq., #499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

## CERTIFICATE OF SERVICE

    I hereby certify that on this *2nd* day of August, 2010, a true and correct copy of the foregoing Trustee's Opposition to Debtor's Motion to Dismiss and proposed order, were mailed by first class, postage prepaid to:

Anna Maria Allen
3102 18th Street, N.W.
Washington, D.C. 20010

Marta L. Davis
Office of the U.S. Trustee
115 S. Union Street, Suit 210
Alexandria , VA 22314

                                          */s/ Natalie S. Walker*
                                          Natalie S. Walker, Esq., #499276
                                          1775 K Street, N.W.
                                          Suite 600
                                          Washington, D.C. 20006
                                          (202) 659-8510