Signed: September 07, 2010.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ANNA MARIA ALLEN, ) | Case No. 09-01114 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**ORDER DENYING DEBTOR'S MOTION TO DISMISS**

UPON CONSIDERATION of the Debtor's Motion to Dismiss, the Trustee's opposition thereto, and the entire record herein, it is hereby,

ORDERED that the Debtor's Motion to Dismiss, is hereby DENIED, without prejudice to Debtor's right to renew the motion to dismiss after the proof of claim bar date, if no proof of claims are filed.

SO ORDERED.

Copies to:

Natalie S. Walker
Webster, Fredrickson, Correia & Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

Marta L. Davis
Office of the U.S. Trustee
115 S. Union Street, Suit 210
Alexandria, VA 22314

Anna Maria Allen
3102 18th Street, N.W.
Washington, D.C. 20010