NTCCLWO7 (11/06)



In Re: **Anna Maria Allen**

Case No.: **09–01114**
Chapter: **7**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

### NOTICE THAT CASE MAY BE CLOSED WITHOUT DISCHARGE
=====================================================

Section 727 of the Bankruptcy Code provides in pertinent part that "[t]he court shall grant the debtor a discharge, unless . . . after filing the petition, the debtor failed to complete an instructional course concerning personal financial management . . . ." 11 U.S.C. § 727(a)(11). Interim Bankruptcy Rule 1007 also provides that "[a]n individual debtor in a chapter 7 . . . case shall file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate Official Form[1] . . . within 45 days after the first date set for the meeting of creditors under § 341 of the Code . . . ." Interim Fed. R. Bankr. P. 1007(b)(7) and (c).

Pursuant to § 727 and Interim Bankruptcy Rule 1007, the court issued a Notice of Requirement to Complete Instructional Course in Personal Financial Management and to File Certification Thereof (Official Form 23) on 05/20/2010  Docket Entry No. 56.  The court's notice specified that the debtor(s) must file the certificate of completion of course in personal financial management as described in 11 U.S.C. § 111 by 08/09/2010.  That date has passed, yet no certificate of completion has been filed. ***Accordingly, notice is hereby given that the court will close this case without the entry of the discharge unless the Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) is filed within fourteen (14) days of the entry of this notice.***

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).

_____

[1] The debtor(s) **must** use Official Form 23 ("Certification of Completion of Instructional Course Concerning Personal Financial Management") to submit the application. Interim Fed. R. Bankr. P. 1007(b)(7). The court will not consider any "certification" submitted by the debtor(s) other than Official Form 23. The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

Dated:  9/13/10

For the Court:
Clerk of the Court

By:
mr